**RESOLUTION**

**No. 2023 / 09 / 03**

**To the HONORABLE _______________, Chairman, and Members of the Hawkins County Board of Commissioners in Regular Session, met this 25th day of September 2023.**

**RESOLTION IN REF:** **HAWKINS COUNTY COMMISSION AGREES TO NEVER ADOPT T.C.A. 6-2-201 (22) AND (23) OR SIMILAR POWERS**

**WHEREAS, the Hawkins County Commission voted to make Hawkins County a Constitutional Sanctuary; and**

**WHEREAS, overreaching government regulations on people's private property are contrary to the rights afforded to citizens by their creator and the Constitution; and**

**WHEREAS, local governments reserve the right and hold the responsibility to protect individual liberty.**

**THEREFORE BE IT RESOLVED, that the Hawkins County Commission acknowledges the detriment and danger that overreaching government regulations bring to citizens and agrees to never adopt T.C.A. 6-2-201 (22) and (23) or similar powers afforded the county by the state that should be considered contrary to Constitutional liberty.**

**Introduced By Esq. Joshua Gilliam**

**Seconded By Esq.** ____________________

**Date Submitted** 8-29-23

____________________
**County Clerk**

**By:** ____________________

**Chairman** ____________________

**Mayor** ____________________

| **ACTION:** | **AYE** | **NAY** | **PASS** |
|---|---|---|---|
| **Roll Call** | ______ | ______ | ______ |
| **Voice Vote** | ______ | ______ | ______ |
| **Absent** | ______ | ______ | ______ |

**COMMITTEE ACTION**

____________________

____________________

**MAYOR'S ACTION: Approved** ________ **Veto** ________

Exhibit 1