# SEPTEMBER 2025 AGENDA

**THE HAWKINS COUNTY BOARD OF COMMISSIONERS WILL MEET IN REGULAR SESSION ON SEPTEMBER 22, AT 6:00 P.M. IN THE HAWKINS COUNTY COURTHOUSE COMMISSION MEETING ROOM**

| | |
|---|---|
| OPENING OF COURT | SHERIFF RONNIE LAWSON |
| PRAYER | COMMISSIONER JOSHUA GILLIAM |
| PLEDGE TO THE FLAG | COMMISSIONER JASON ROACH |
| CALL TO ORDER | CHAIRMAN MARK DEWITTE |
| ROLL CALL | COUNTY CLERK NANCY A. DAVIS |
| CONFLICT OF INTEREST | ATTORNEY ALLEN COUP |
| COMMENDATIONS/RECOGNITIONS | CHAIRMAN MARK DEWITTE |
| OFFICE REPORTS/COMMITTEE REPORTS | CHAIRMAN MARK DEWITTE |
| APPROVAL OF MINUTES | CHAIRMAN MARK DEWITTE |
| PUBLIC COMMENTS | CHAIRMAN MARK DEWITTE |

*PUBLIC COMMENTS MUST PERTAIN TO THE AGENDA FOR THIS MEETING. ANYONE WHO WISHES TO MAKE A PUBLIC COMMENT SHOULD PLACE THEIR NAME ON THE SIGN-IN SHEET AVAILABLE AT THE FRONT PODIUM. "COMMENTS LIMITED TO THREE MINUTES"*

**COUNTY COMMISSION INFORMATION CAN BE FOUND AT WWW.HAWKINSCOUNTYCLERK.COM**

## RESOLUTIONS 2025/09:

**2025/09/01** APPOINTMENT OF MARK DEWITTE AS CHAIRMAN OF THE HAWKINS COUNTY LEGISLATIVE BODY

**2025/09/02** APPOINTMENT OF NANCY BARKER AS CHAIRMAN PRP-TEMPORE OF THE HAWKINS COUNTY LEGISLATIVE BODY

**2025/09/03** APPROVAL OF APPOINTMENTS OF COMMISSIONERS TO COMMITTEES FOR THE CURRENT FISCAL YEAR

**2025/09/04** APPROVAL OF COMMITTEES FOR HAWKINS COUNTY TN AS PER TCA CODE

**2025/09/05** APPROVAL TO APPLY FOR AND ACCEPT IF AWARDED A TENNESSEE DEPARTMENT OF TRANSPORTATION (TDOT) GRANT NOT TO EXCEED TWO HUNDRED THOUSAND DOLLARS FOR A STUDY OF HAWKINS COUNTY ROAD AND BRIDGE CONDITIONS AND REPAIR/PAVING NEEDS TO BE CONDUCTED UNDER THE SUPERVISION OF THE FIRST TENNESSEE DEVELOPMENT DISTRICT

**2025/09/06** RE-APPOINTMENT OF SUSAN ARMSTRONG TO THE HAWKINS COUNTY INDUSTRIAL BOARD FOR A SIX YEAR TERM BEGINNING SEPTEMBER 1, 2025 AND ENDING AUGUST 31, 2031

Exhibit 2

**2025/09/07** APPROVAL TO ISSUE INTERFUND CAPITAL OUTLAY NOTES

**2025/09/08** BUDGET AMEMDMENT- GENERAL FUND

**2025/09/09** BUDGET AMENDMENT – GENERAL CAPITAL PROJECTS FUND

**2025/09/10** GENERAL PURPOSE SCHOOL FUND BUDGET AMENDMENT

**2025/09/11** APPROVAL OF NOTARIES PUBLIC

MOTION TO ADJOURN

*BUDGET COMMITTEE MEETING 30 MINUTES PRIOR TO COUNTY COURT - (IF NEEDED)*
*BUDGET COMMITTEE WILL BE NOTIFIED*

ADDITIONAL INFORMATION WILL BE POSTED AT
WWW.HAWKINSCOUNTYCLERK.COM
(BEFORE THE NEXT SCHEDULED MEETING)
IF YOU HAVE ANY QUESTIONS, PLEASE CALL 423-272-7002
DURING NORMAL BUSINESS HOURS


Case 2:26-cv-00064-DCLC-CRW Document 1-2 Filed 03/31/26 Page 2 of 2
PageID #: 29