Resolution
Out of Order 2025/09/02

To the HONORABLE MARK DEWITTE, Chairman, and Members of the Hawkins County Commission in Regular Session met this 22nd day of September 2025.

**Resolution in Reference: PROHIBIT THE OPERATION OF CRYPTOCURRENCY MINING AND DATA CENTER FACILITIES IN HAWKINS COUNTY, TENNESSEE PURSUANT TO THE AUTHORITY GRANTED UNDER THE COUNTY POWERS ACT ADOPTED BY THE HAWKINS COUNTY COMMISSION VIA RESOLUTION 2012/08/03.**

WHEREAS, cryptocurrency mining and large-scale data center operations require massive amounts of electrical energy and produce continuous levels of industrial noise from generators, cooling systems, and ventilation equipment that are incompatible with Hawkins County's rural character and the peaceful enjoyment of property by its residents; and

WHEREAS, such operations typically create little to no sustainable economic benefit to local communities, employing minimal staff while imposing significant environmental and infrastructure burdens; and

WHEREAS, the Hawkins County Board of Commissioners finds that the operation of cryptocurrency mining facilities and large-scale data centers within the unincorporated areas of Hawkins County presents a threat to the health, safety, comfort, and welfare of its citizens; and

WHEREAS, the County Powers Act, TCA 5-1-118(c)(1), allowing counties to adopt powers granted to all or certain municipalities by TCA 6-2-201(22) and (23) adopted by Hawkins County via resolution 2012/08/03 giving the county authority to adopt measures necessary to protect the welfare of their citizens,

WHEREAS, Such powers are described by law as the ability to:

> **Define, prohibit, abate, suppress, prevent and regulate all acts, practices, conduct, businesses, occupations, callings, trades, uses of property and all other things whatsoever detrimental, or liable to be detrimental, to the health, morals, comfort, safety, convenience or welfare of the inhabitants of the municipality, and exercise general police powers; and**
>
> **Prescribe limits within which business occupations and practices liable to be nuisances or detrimental to the health, morals, security or general welfare of the people may lawfully be established, conducted or maintained.**

Exhibit 3

NOW, THEREFORE, BE IT RESOLVED, this resolution shall take effect immediately upon passage, the public welfare requiring it.

Introduced By Esq. Robbie Palmer

Seconded By Esq. ____________

Date Submitted 09-22-25

Nancy A Davis
County Clerk

By: ____________

Chairman ____________

Mayor ____________

| ACTION: | AYE | NAY | PASS |
|---|---|---|---|
| Roll Call | ____ | ____ | ____ |
| Voice Vote | ____ | ____ | ____ |
| Absent | ____ | ____ | ____ |

COMMITTEE ACTION

____________

____________

MAYOR'S ACTION: Approved ________ Veto ________