**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **EXOTICRIDGE CRYPTO COMPANY LLC** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | **Case No. ___________** |
| V. | ) | |
| | ) | |
| **HAWKINS COUNTY, TENNESSEE** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for ExoticRigde Cyrpto Company LLC, certify to the best of my knowledge and belief:

☒ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☐ My client has the following parent corporation(s):

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

________________________
(Signature of Counsel)

03/31/2026
________________________
(Date)