UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| EXOTICRIDGE CRYPTO COMPANY, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:26-cv-00064-DCLC-CRW |
| | ] | |
| HAWKINS COUNTY, TENNESSEE, | ] | |
| | ] | |
| Defendant. | ] | |

**STIPULATION FOR ADDITIONAL TIME**

Pursuant to Local Rule 12.1(a), the plaintiff and the defendant agree that the defendant shall have an additional twenty-one (21) days to file a responsive pleading to the plaintiff's Complaint [Doc. 1] and the responsive pleading on behalf of the defendant is due on or before May 18, 2026.

Respectfully submitted,

*s/ Wencong Fa*
WENCONG FA, BPR # 041768
BEN STORMES, BPR #041908
BEACON CENTER OF TENNESSEE
54 Music Square East, Suite 125
Nashville, TN 37203
615-383-6431
wen@beacontn.org
ben.stormes@beacontn.org
Attorneys for Plaintiff

*s/ Jeffrey M. Ward*
JEFFREY M. WARD, BPR # 016329
HERRIN, McPEAK, SHEPARD & KETCHIE
P.O. Box 629
Johnson City, TN 37605-0629
423 929-7113
423 929-7114 Fax
jward@hmsklaw.com
Attorney for Defendant