UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| EXOTIC RIDGE CRYPTO COMPANY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HAWKINS COUNTY, TENNESSEE,<br><br>Defendant. | ) | 2:26-CV-64 |

**ORDER**

On August 31, 2026, this Court entered an Order granting Plaintiff's Unopposed Motion for Leave to File Supplemental Complaint [Doc. 26]. Plaintiff has now filed a Motion for Clarification of the Court's August 31, 2026, Order. [Doc. 27]. Plaintiff asserts that it sought leave to file a supplemental pleading pursuant to Fed. R. Civ. P. 15(d) but is confused regarding whether the Court's Order entered on August 31, 2026, instead granted permission to amend pursuant to Fed. R. Civ. P. 15(a). Plaintiff acknowledges that the same standard applies to motions under Fed. R. Civ. P. 15(d) and Fed. R. Civ. P. 15(a).

In the August 31, 2026, Order, the Court ordered Plaintiff to file a single document containing both the allegations and requests for relief contained in the original complaint and those contained in the proposed supplement in order to clarify the record and make it more manageable for the District Court. [Doc. 26, p. 2-3]. The Court understands how counsel may have been confused by the Court's Order and **GRANTS** Plaintiff's Motion [Doc. 27] seeking clarification. The Court hereby clarifies the record to specifically state that the Order entered on August 21, 2026, granted Plaintiff's Motion to file a supplement under Fed. R. Civ. P. 15(d). Accordingly,

within **seven days** of entry of this Order, Plaintiff shall file a single document containing both the allegations and requests for relief contained in the original complaint and those contained in the proposed supplement, and that document will be construed as a supplemental pleading pursuant to Fed. R. Civ. P. 15(d).

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge